**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ZACHARY NEIDERT, : No. 486 MAL 2016
:
        Petitioner : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
        v. :
:
:
:
ALBERT CHARLIE, III, :
:
        Respondent :


**ORDER**


**PER CURIAM**

    **AND NOW**, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.